**Chapter 13 Plan**

Case No.: 10-43302-13

Debtor(s): Reginald L Tate
SS#: XXX-XX-9423
Net Monthly Earnings: 966.71
Number of Dependents: 4

I. Plan Payments:
- [ ] Debtor(s) propose to pay a periodic payment of $ 446.17 [ ] weekly [X] biweekly [ ] semi-monthly [ ] monthly into the plan; or
- [X] Payroll deduction Order: To Bham Water Works Payroll Dept, 3500-1st Ave N, Bham, AL 35222
  $ 446.17 [ ] weekly [X] biweekly [ ] semi-monthly [ ] monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 40,861.16

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Total Attorney Fee: $ 2750 ; $ _____ paid pre-petition; $ 1000 to be paid at confirmation and $ 500 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| First Fed Mortg. | 179,000 | 1,100 [ ] by Trustee [X] by Debtor | NOV '10 | None | None | 7% | N/A |
| | | by Trustee by Debtor | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Fifth Third Bank | 90.00 | 19,400 | 18,600 | 800 | 2007 Nissan | 10% | 449.99 | May 2011 |
| HSBC | 90.00 | 9,467.16 | 8,250 | 1,217.16 | 2007 Suzuki | 10% | 220.81 | May 2011 |
| Americas First CU | 90.00 | 9,000 | 14,525 | N/A | 2009 Chev | 10% | 210.04 | May 2011 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |

IV. Special Provisions:
- [X] This is an original plan.
- [ ] This is an amended plan replacing plan dated _____
- [X] This plan proposes to pay unsecured creditors 100 %.
- [X] Other provisions:

Name/Address/Telephone/Attorney for Debtor(s):
Anita Terry Tye / H.J. Penick + Assoc, P.C.
P.O. Box 901
Bham, AL 35201
Telephone # (205) 326-0555

Dated: 11/19/2010

Signature of Debtor: Reginald L. Tate
Signature of Debtor: _____