# Notice Recipients

District/Off: 1126−1  User: mahagan  Date Created: 11/22/2010
Case: 10−43302−JJR13  Form ID: pdf008  Total: 14

**Recipients of Notice of Electronic Filing:**
tr   Linda B Gore   debtors@bellsouth.net
aty  Anita Terry Tye   anitaterrytye@bham.rr.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Reginald L. Tate         8015 Brookhaven Lane    Odenville, AL 35120
6706248  America's First Credit Union   P.O. Box 817   Birmingham, AL 35201−0817
6706254  America's First Credit Union   P.O. Box 817   Birmingham, AL 35201−0817
6706255  Angela Parker, Attorney   P.O. Box 611083   Birmingham, AL 35261
6706256  CiTi   P.O. Box 653084   Dallas, TX 75265
6706249  Fifth Third Bank   P.O. Box 630778   Cincinnati, OH 45263−0778
6706250  First Federal Mortgage   2871 Acton Road, Suite 200   Birmingham, AL 35243
6706251  HSBC Retail Services   Dept. 7680   Carol Stream, IL 60116−7680
6706257  Henry L. Penick   P.O. Box 967   Birmingham, AL 35201
6706252  Internal Revenue Service   Department of Treasury   P.O. Box 105416   Atlanta, GA 30348−5416
6706253  Internal Revenue Service   Special Procedures Staff   805 Tom Martin Drive   Birmingham, AL 35211
6706258  Zales Credit Plan   Processing Center   Des Moines, IA 50364−0001

TOTAL: 12